### 26995. EDWARDS *v.* MCNEELY.

MACINTYRE, J. 1. The assignment of error on the objection to evidence is not meritorious. The complaint as to the charge of the court to the jury, when considered in connection with the entire charge, is also without merit.

2. The evidence amply supported the verdict of damages in favor of the plaintiff for malicious prosecution, and the court did not err in overruling the motion for new trial.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*
DECIDED DECEMBER 5, 1938.

*Savage, Winn, Almand & Murphy,* for plaintiff in error.
*Homer C. Denton,* contra.